No. 22-2097

QUINTON JAMAL DANIELS,

    Plaintiff-Appellant,

v.

ERICA HUSS, Warden,

    Defendant-Appellee.

Before: GILMAN, GIBBONS, and READLER, Circuit Judges.

## JUDGMENT

THIS MATTER came before the court upon consideration of appellate jurisdiction.

IN CONSIDERATION THEREOF, it is ORDERED that the appeal is **DISMISSED**.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk